UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Jill G. Drenning, et al | C.A. 08-280ML |
| Bilye Martinez | C.A. 08-283ML |
| Teresa Jacques | C.A. 08-284ML |

V.

Davol, Inc.
C.R. Bard, Inc.

## ORDER

The above cases are related to those cases that comprise the In Re: Kugel Mesh Hernia Patch Litigation, MDL Case No. 07-1842ML. These cases are therefore consolidated for pretrial purposes with MDL Case No. 07-1842ML, and all further proceedings shall be governed by the provisions of Practice and Procedure Order Numbers 1-12 as well as any additional Practice and Procedure Orders entered by the Court in the future.

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
Chief United States District Judge
July 29, 2008